# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM H. MINNEY                           Case No. 13-20820JAD
TAMMY J. MINNEY

        Debtor(s)
RONDA J. WINNECOUR,                         Chapter 13
Standing Chapter 13 Trustee,

        Movant                              Document No __
vs.
CHARTIERS-HOUSTON SD &
CHARTIERS TOWNSHIP (EIT)
        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

TRUSTEE WAS INSTRUCTED TO FOLLOW PLAN AS TO AMOUNT DUE TO CREDITOR. THE CREDITOR HAS RETURNED FUNDS INDICATING THEY ARE PAID IN FULL.

CHARTIERS-HOUSTON SD & CHARTIERS            Court claim# 14/Trustee CID# 19
TOWNSHIP (EIT)
C/O PA MUNICIPAL SVC CO - DLNQ
CLCTR
336 DELAWARE AVE
OAKMONT, PA 15139-2138


The Movant further certifies that on 10/18/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
WILLIAM H. MINNEY, TAMMY J. MINNEY, 237 VALLEY ROAD, CANONSBURG, PA  15317

ORIGINAL CREDITOR:
CHARTIERS-HOUSTON SD & CHARTIERS TOWNSHIP (EIT), C/O PA MUNICIPAL SVC CO - DLNQ CLCTR, 336 DELAWARE AVE, OAKMONT, PA 15139-2138

NEW CREDITOR:

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA  15301