Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William H. Minney** | : | Case No. 13−20820−JAD |
| **Tammy J. Minney** | : | Chapter: 13 |
| **fka Tammy J. Comley−Bryan** | : | |
| *Debtor(s)* | : | |
| | : | |
| HSBC Bank USA, N.A. | : | Related to Claim No. 16 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| William H. Minney | : | |
| Tammy J. Minney | : | |
| fka Tammy J. Comley−Bryan | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **15th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *HSBC Bank USA, N.A.* at Claim No. 16 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)  an *AMENDED CHAPTER 13 PLAN;*

(2)  a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)  an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20820-JAD
William H. Minney                                                       Chapter 13
Tammy J. Minney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Dec 15, 2016
                              Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db/jdb         +William H. Minney,    Tammy J. Minney,    237 Valley Road,    Canonsburg, PA 15317-9524
13937588       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
               First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net,    lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net,
               lowdenscott@gmail.com
              Leslie J. Rase, Esq.     on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net
                                                                                               TOTAL: 13