**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/06/2017

IN RE:

| | |
|---|---|
| WILLIAM H. MINNEY<br>TAMMY J. MINNEY<br>237 VALLEY ROAD<br>CANONSBURG, PA 15317<br>XXX-XX-4436    Debtor(s)<br><br>XXX-XX-8236 | Case No.13-20820 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/6/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor / Address | Trustee Claim # | INT % | Court Claim # | Claim Amount | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA 15233 | 1 | 0.00% |  | 0.00 | EQUITABLE GAS/PRAE | NOTICE ONLY |  |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 2 | 0.00% |  | 0.00 | HSBC BANK/PRAE | NOTICE ONLY |  |
| **TEBO FINANCIAL SERVICES***<br>4801 DRESSLER RD<br>STE 194<br>CANTON, OH 44718 | 3 | 6.00% | 2 | 7,920.94 | SURR/PL*12110.51/CL*DKT | VEHICLE | 2595 |
| **HSBC BANK****<br>C/O SLCT PORTFOLIO SVCNG*<br>POB 65450*<br>SALT LAKE CITY, UT 84165 | 4 | 0.00% | 016 | 0.00 | LOAN MOD GRNTD@CID-27*1ST*W/18*DKT | MORTGAGE REGULAR PAYMEN | 1688 |
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | 5 | 9.00% | 3 | 1,924.11 | 2061.14/CL-PL@9%MDF/PL*2ND*PIF/CR/RFND | MORTGAGE PAID IN FULL | 8810 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 6 | 0.00% | 4-2 | 0.00 | AMD CL AND PL=$0*DKT | SECURED CREDITOR | 4436 |
| **DSO Receipient** | 7 | 0.00% |  | 0.00 | OUTSIDE/RJB*NtPROV/PL*ND DSO | SUPPORT/ALIMONY ARR. | ? |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 8 | 0.00% | 4-2 | 13,804.20 | $CL-PL*AMD E*AMD*DKT | PRIORITY CREDITOR | 4436/8236 |
| **VERIZON/SCCR GTE/AFNI****++**<br>VERIZON FINANCE OPERATIONS - GLOBAL PAY<br>ATTN: GARNISHMENTS<br>899 HEATHROW PARK LANE FL 2<br>LAKE MARY, FL 32746 | 9 | 0.00% |  | 0.00 |  | UNSECURED CREDITOR | 2038778358 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 10 | 0.00% | 9 | 52,704.23 | 673738 ASA/SCH | UNSECURED CREDITOR | 8236 |

| Creditor | Trustee Claim # / Court Claim # | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPP - UNIVERSITY OF PITTSBURGH PHYSICIAN** C/O CONVERGENT HEALTHCARE RECOVERIES PO BOX 1289 PEORIA, IL 61654 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 10 | CLAIM: 97.00 COMMENT: 16166320 CB ACCOUNTS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8236 |
| **ENHANCED RECOVERY CORP++** 10550 DEERFIELD PARK STE 600 JACKSONVILLE, FL 32256 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 34907147 |
| **NCO FINANCIAL SYSTEMS INC(*)++** 507 PRUDENTIAL RD HORSHAM, PA 19044 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH*PROGRESSIVE INSURANCE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 724097782 |
| **NCO FINANCIAL SYSTEMS INC(*)++** 507 PRUDENTIAL RD HORSHAM, PA 19044 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH*UPMC ST MARG | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 80991003 |
| **PRECISION RECOVERY ANALYTICS INC** C/O CAVALRY ADVISORY SERVICES PO BOX 27288 TEMPE, AZ 85282 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: 1 | CLAIM: 1,093.76 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2354 |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: CL@CID-6*DKT | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 4436 |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 4-2 | CLAIM: 5,028.82 COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4436 |
| **HSBC BANK**** C/O SLCT PORTFOLIO SVCNG* POB 65450* SALT LAKE CITY, UT 84165 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: 016 | CLAIM: 4,107.95 COMMENT: $PD B4 LOAN MOD $4107.95*1077.05 AFTR*1ST*W4&27*DKT | CRED DESC: MORTGAGE REGULAR PAYMEI ACCOUNT NO.: 1688 |
| **CHARTIERS-HOUSTON SD & CHARTIERS TOWN** C/O PA MUNICIPAL SVC CO - DLNQ CLCTR 336 DELAWARE AVE OAKMONT, PA 15139-2138 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 14 | CLAIM: 2,400.00 COMMENT: PAY@PL/CONF*CL=$1392.55*ADDED /AMD E*07-11/SCH-PL*PIF/CRED~NTC-RSV | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 8236;07-08 |
| **DSO Receipient** | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: N ID 202628 | CRED DESC: SUPPORT/ALIMONY CONT. ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - GALAXY ASSET**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 4,684.63<br>COMMENT: NT/SCH*WELLS FARGO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 | |
| **ELITE RECOVERY ACQUISITIONS LLC (ERA)**<br>C/O QUANTUM3 GROUP<br>POB 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,057.95<br>COMMENT: NT/SCH*HOUSEHOLD~ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5133 | |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 126.90<br>COMMENT: 2922507527*NT/SCH*RJM ACQUITIONS-CITIZENS BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5846 | |
| **QUANTUM3 GROUP LLC AGNT - COLLINS ASSE**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 973.72<br>COMMENT: NT/SCH*FIRST BANK OF DELAWARE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 | |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 467.46<br>COMMENT: NT/SCH*NORTH STAR CAPITAL*URBAN TRUST BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8917 | |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 952.61<br>COMMENT: NT/SCH*NORTH STAR CAPITAL*CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6870 | |
| **HSBC BANK****<br>C/O SLCT PORTFOLIO SVCNG*<br>POB 65450*<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*LOAN MOD BGN 7-13*DKT4PMT-LMT*1ST*W18,4*FR HSBC C/O OCWE | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1688 | |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*BGN 9-13 DISTRIB*dk | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5511076-113203 | |
| **US DEPARTMENT OF EDUCATION****<br>C/O NATIONAL PAYMENT CENTER*<br>POB 105028<br>ATLANTA, GA  30348-5028 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 7,933.71<br>COMMENT: NT/SCH*TIMELY FLD @ GU BAR DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4436 | |
| **CHARTIERS TOWNSHIP (H & L TAX)**<br>C/O PA MUN SVC CO - DLNQ CLLCTR<br>336 DELAWARE AVE<br>OAKMONT, PA  15139 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 391.85<br>COMMENT: 012-0089*CL15 GOV*NT/SCH*$CL-PL@9%/PL*SLNT%/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0089 | |

| | | |
|---|---|---|
| **STEVEN K EISENBERG ESQ*** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| STERN & EISENBERG PC | Court Claim Number: | ACCOUNT NO.: |
| 1581 MAIN ST STE 200 | | |
| THE SHOPPES AT VALLEY SQUARE | CLAIM: 0.00 | |
| WARRINGTON, PA  18976 | COMMENT: OCWEN LOAN/PRAE | |
| | | |
| **CONSUMER PORTFOLIO SVCS/CPS** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| POB 57071 | Court Claim Number:17 | ACCOUNT NO.: 0293 |
| | CLAIM: 0.00 | |
| IRVINE, CA  92619-7071 | COMMENT: PMT/CL-PL*308.33X2+20+2=LMT*/AMD D*BGN 7/16 | |