IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 13-20820 JAD |
| William H. Minney | ) | |
| Tammy J. Minney | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No. 128 |
| No Respondent | ) | |
| Respondent(s) | ) | |

### ORDER OF COURT

AND NOW, this __30th__ day of __January__, 2018, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $8,839.11, of which $8,600.00 are attorney fees and $239.11 are costs, and that the total previously allowed Attorney's Fees and Costs were $7,796.37. This award covers the period from 11/25/2016 to 1/10/18.

Therefore, the Application in its face amount of $1,042.74 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,042.74 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation in the amount of $1,025.00 and expenses in the amount of $17.74.

BY THE COURT:

_____ sjk
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

FILED
1/30/18 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-20820-JAD
William H. Minney                                                      Chapter 13
Tammy J. Minney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Jan 30, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +William H. Minney,    Tammy J. Minney,    237 Valley Road,    Canonsburg, PA 15317-9524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
               First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net,   lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
               First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net
                                                                                             TOTAL: 14