Certificate Number: 17572-PAW-DE-030642855

Bankruptcy Case Number: 13-20820



17572-PAW-DE-030642855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2018, at 3:07 o'clock PM PST, William H Minney completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 28, 2018            By:    /s/Leigh-Anna M Thompson

Name:    Leigh-Anna M Thompson

Title:    Counselor