# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  WILLIAM H. MINNEY
TAMMY J. MINNEY
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
     vs.
  WILLIAM H. MINNEY
TAMMY J. MINNEY

     Respondents

Case No.13-20820JAD

Chapter 13

Document No. 151

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 19th day of March, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Port Authority Alleg County*
        Attn: Payroll Manager
        345 6Th Ave 5Th Fl *
        Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM H. MINNEY, social security number XXX-XX-4436. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM H. MINNEY.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
3/19/18 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William H. Minney  
Tammy J. Minney  
    Debtors

Case No. 13-20820-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Mar 19, 2018  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db/jdb      +William H. Minney,     Tammy J. Minney,     237 Valley Road,     Canonsburg, PA 15317-9524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net, lowdenscott@gmail.com  
         David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net, lowdenscott@gmail.com  
         James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com  
         Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
         Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net  
         Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net  
                                                                                      TOTAL: 14