IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-20820JAD |
| William H. Minney | ) | |
| Tammy J. Minney | ) | Chapter 13 |
|     Debtor(s). | ) | Related to clm: 12 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Standing Trustee, | ) | |
|     Movant, | ) | |
|     vs. | ) | |
| | ) | |
| LVNV Funding LLC, its successors and | ) | |
| Assigns as assignee of North Star | ) | |
| Capital Acquisitions LLC Resurgent | ) | |
| Capital Services | ) | |
|     Respondent(s). | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on March 1, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than April 2, 2018.

4/04/2018  
Date

/s/ Ronda J. Winnecour  
Ronda J. Winnecour  
Chapter 12 Trustee PA I.D.#30399  
U.S. Steel Tower- Suite 3250  
600 Grant Street  
Pittsburgh PA  15219  
cmecf@chapter13trusteewdpa.com