**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William H. Minney**
**Tammy J. Minney**
**fka Tammy J. Comley–Bryan**
  Debtor(s)

Bankruptcy Case No.: 13–20820–JAD
Doc. #176
Chapter: 13
Docket No.: 177 – 176

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of June, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/16/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/25/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/16/18.**

Jeffery A. Deller<br>United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 13-20820-JAD
William H. Minney                                                   Chapter 13
Tammy J. Minney
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: skoz              Page 1 of 2          Date Rcvd: Jun 25, 2018
                              Form ID: 408            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb        +William H. Minney,    Tammy J. Minney,    237 Valley Road,    Canonsburg, PA 15317-9524
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                Warrington, Pa 18976-3400
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
cr            +Southern Auto,    6700 N. Andrews Ave., Ste 500,    Ft. Lauderdale, FL 33309-2199
13578417      +Am Std Asst,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
13578419      +Cb Accts Inc / UPP univ of PGH,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13613699      +Char-Houston Sch. Dist./Chartiers Twp.,    c/o PA Municipal Service Co.,
                336 Delaware Ave., Dept. W-12,    Oakmont, PA 15139-2138
13709510      +Chartiers Twp. Hydrant & Light,    c/o PAMS,    336 Delaware Ave.,    Oakmont, PA 15139-2138
13578420      +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13578421      +Domestic Relations,    29 West Cherry Ave, Suite 311,    Washington, PA 15301-6807
13657910       ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13937588      +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13578424      +Nco Fin /99 / Progressive Insurance,    Po Box 15636,    Wilmington, DE 19850-5636
13578425      +Nco Fin/55 / UPMC St. Margaret,    Pob 15270,    Wilmington, DE 19850-5270
13914841       OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,
                WEST PALM BEACH, FLORIDA 33416-4605
13659018      +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                Peoria, IL 61654-1289
13696991       US Department of Education,    PO BOX 16448,    St Paul MN 55116-0448
13578427      +USA,    411 7th Avenue, 5th Floor,    Pittsburgh, PA 15219-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13578416      +E-mail/Text: EBNProcessing@afni.com Jun 26 2018 02:12:56     Afni, Inc. / Verizon,
                Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
13578418      +E-mail/Text: bankruptcy@tebofinancial.com Jun 26 2018 02:11:51      Atlantic Fin,
                4801 Dressler Rd. Nw, Suite 194,    Canton, OH 44718-3667
14262034      +E-mail/Text: bankruptcy@consumerportfolio.com Jun 26 2018 02:13:02
                CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
14254043      +E-mail/Text: bankruptcy@consumerportfolio.com Jun 26 2018 02:13:02
                Consumer Portfolio Services, Inc.,    P.O. Box 98705,    Phoenix, AZ 85038-0705
13578422      +E-mail/Text: bknotice@ercbpo.com Jun 26 2018 02:12:51      Enhanced Recovery / Dish Network,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13578423      +E-mail/Text: cio.bncmail@irs.gov Jun 26 2018 02:11:42      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13650884       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2018 02:13:06     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13668050       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2018 02:16:59
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13591136       E-mail/Text: blegal@phfa.org Jun 26 2018 02:12:45     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
13582191      +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 02:13:13     Precision Recovery Analytics, Inc,
                c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13623903       E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:16
                Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13656615       E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:16
                Quantum3 Group LLC as agent for,    Collins Asset Group,    PO Box 788,
                Kirkland, WA  98083-0788
13623902       E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:16
                Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13584335      +E-mail/Text: bankruptcy@tebofinancial.com Jun 26 2018 02:11:52     TEBO FINANCIAL SERVICES,
                4801 DRESSLER RD. NW,    SUITE 194,    CANTON, OHIO 44718-3667
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HSBC Bank USA, National Association, as Trustee of
cr             Select Portfolio Servicing Inc. as servicing agent
13578426       PA Housing Fin. Agency,    2101 North Front Street
13613698*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0315-2           User: skoz                 Page 2 of 2              Date Rcvd: Jun 25, 2018
                               Form ID: 408               Total Noticed: 33

cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                         TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
           First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 andygornall@latouflawfirm.com
          Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as
           Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
           debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
           Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net,    lowdenscott@gmail.com
          James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
           First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
           Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net
                                                                                             TOTAL: 14
```