**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM H. MINNEY<br>TAMMY J. MINNEY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:13-20820 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 22, 2018

/s/  Ronda J. Winnecour
───────────────────────────
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/27/2013 and confirmed on 4/25/13. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,768.97 |
| Less Refunds to Debtor | 1,744.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 134,024.35 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,839.11 | |
|    Trustee Fee | 5,239.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,079.09 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HSBC BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1688 | | | | |
|   HSBC BANK** | 4,107.95 | 4,107.95 | 0.00 | 4,107.95 |
|     Acct: 1688 | | | | |
|   HSBC BANK** | 0.00 | 74,486.12 | 0.00 | 74,486.12 |
|     Acct: 1688 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4436 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4436 | | | | |
|   CHARTIERS TOWNSHIP (H & L TAX) | 391.85 | 391.85 | 0.00 | 391.85 |
|     Acct: 0089 | | | | |
|   TEBO FINANCIAL SERVICES* | 7,920.94 | 7,920.94 | 1,659.94 | 9,580.88 |
|     Acct: 2595 | | | | |
|   PHFA(*) | 1,924.11 | 1,924.11 | 201.53 | 2,125.64 |
|     Acct: 8810 | | | | |
| | | | | 90,692.44 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM H. MINNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM H. MINNEY | 1,744.62 | 1,744.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 4,096.37 | 4,096.37 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX8-16 | | | | |
| RICE AND ASSOCIATES | 1,042.74 | 1,042.74 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0-18 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 13,804.20 | 13,804.20 | 0.00 | 13,804.20 |
| Acct: XXXXX8236 | | | | |
| CHARTIERS-HOUSTON SD & CHARTIERS | 1,551.54 | 1,551.54 | 0.00 | 1,551.54 |
| Acct: XXXXXX7-08 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 4,455.92 | 0.00 | 4,455.92 |
| Acct: XXXXXXXXXX3203 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 6,783.26 | 0.00 | 6,783.26 |
| Acct: 0293 | | | | |
| | | | | 26,594.92 |
| **Unsecured** | | | | |
| VERIZON/SCCR GTE/AFNI**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8358 | | | | |
| ECMC(*) | 52,704.23 | 2,130.09 | 0.00 | 2,130.09 |
| Acct: 8236 | | | | |
| UPP - UNIVERSITY OF PITTSBURGH PHY | 97.00 | 3.92 | 0.00 | 3.92 |
| Acct: 8236 | | | | |
| ENHANCED RECOVERY CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7147 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX7782 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1003 | | | | |
| PRECISION RECOVERY ANALYTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2354 | | | | |
| INTERNAL REVENUE SERVICE* | 5,028.82 | 203.24 | 0.00 | 203.24 |
| Acct: 4436 | | | | |
| QUANTUM3 GROUP LLC AGNT - GALAXY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| ELITE RECOVERY ACQUISITIONS LLC (E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5133 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5846 | | | | |
| QUANTUM3 GROUP LLC AGNT - COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8917 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6870 | | | | |
| US DEPARTMENT OF EDUCATION** | 7,933.71 | 320.65 | 0.00 | 320.65 |
| Acct: 4436 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEVEN K EISENBERG ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,657.90 |

TOTAL PAID TO CREDITORS                                                    119,945.26

```
TOTAL
CLAIMED      15,355.74
PRIORITY     14,344.85
SECURED      65,763.76
```

Date: 06/22/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM H. MINNEY
    TAMMY J. MINNEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-20820 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William H. Minney
Tammy J. Minney
    Debtors

Case No. 13-20820-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: skoz                    Page 1 of 2                   Date Rcvd: Jun 25, 2018
                              Form ID: pdf900              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db/jdb         +William H. Minney,    Tammy J. Minney,    237 Valley Road,    Canonsburg, PA 15317-9524
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, Pa 18976-3400
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +Southern Auto,    6700 N. Andrews Ave., Ste 500,    Ft. Lauderdale, FL 33309-2199
13578417       +Am Std Asst,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
13578419       +Cb Accts Inc / UPP univ of PGH,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13613699       +Char-Houston Sch. Dist./Chartiers Twp.,    c/o PA Municipal Service Co.,
                 336 Delaware Ave., Dept. W-12,    Oakmont, PA 15139-2138
13709510       +Chartiers Twp. Hydrant & Light,    c/o PAMS,    336 Delaware Ave.,    Oakmont, PA 15139-2138
13578420       +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13578421       +Domestic Relations,    29 West Cherry Ave, Suite 311,    Washington, PA 15301-6807
13657910        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13937588       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13578424       +Nco Fin /99 / Progressive Insurance,    Po Box 15636,    Wilmington, DE 19850-5636
13578425       +Nco Fin/55 / UPMC St. Margaret,    Pob 15270,    Wilmington, DE 19850-5270
13914841        OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,
                 WEST PALM BEACH, FLORIDA 33416-4605
13659018       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
13696991        US Department of Education,    PO BOX 16448,    St Paul MN 55116-0448
13578427       +USA,    411 7th Avenue, 5th Floor,    Pittsburgh, PA 15219-1919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13578416       +E-mail/Text: EBNProcessing@afni.com Jun 26 2018 02:12:56      Afni, Inc. / Verizon,
                 Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
13578418       +E-mail/Text: bankruptcy@tebofinancial.com Jun 26 2018 02:11:51       Atlantic Fin,
                 4801 Dressler Rd. Nw, Suite 194,    Canton, OH 44718-3667
14262034       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 26 2018 02:13:02
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
14254043       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 26 2018 02:13:02
                 Consumer Portfolio Services, Inc.,    P.O. Box 98705,    Phoenix, AZ 85038-0705
13578422       +E-mail/Text: bknotice@ercbpo.com Jun 26 2018 02:12:51       Enhanced Recovery / Dish Network,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13578423       +E-mail/Text: cio.bncmail@irs.gov Jun 26 2018 02:11:41       Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13650884        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2018 02:13:05       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13668050        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2018 02:17:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13591136        E-mail/Text: blegal@phfa.org Jun 26 2018 02:12:45       PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13582191       +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 02:13:12       Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13623903        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:14
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13656615        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:14
                 Quantum3 Group LLC as agent for,    Collins Asset Group,    PO Box 788,
                 Kirkland, WA  98083-0788
13623902        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2018 02:12:14
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13584335       +E-mail/Text: bankruptcy@tebofinancial.com Jun 26 2018 02:11:51       TEBO FINANCIAL SERVICES,
                 4801 DRESSLER RD. NW,    SUITE 194,    CANTON, OHIO 44718-3667
                                                                                               TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              HSBC Bank USA, National Association, as Trustee of
cr              Select Portfolio Servicing Inc. as servicing agent
13578426        PA Housing Fin. Agency,   2101 North Front Street
13613698*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-2                  User: skoz                    Page 2 of 2                  Date Rcvd: Jun 25, 2018
                                      Form ID: pdf900               Total Noticed: 33

cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                                TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                          Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
           First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 andygornall@latouflawfirm.com
          Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as
           Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
           debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
           Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net,    lowdenscott@gmail.com
          James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
           First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
           Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net
                                                                                             TOTAL: 14
```