**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM H. MINNEY
    TAMMY J. MINNEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:13-20820 JAD

Chapter 13

Document No.: 176

ORDER OF COURT

AND NOW, this __17th__ day of __July__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE sjk

Jeffery A. Deller

FILED
7/17/18 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20820-JAD
William H. Minney                                                       Chapter 13
Tammy J. Minney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz               Page 1 of 2            Date Rcvd: Jul 17, 2018
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +William H. Minney,    Tammy J. Minney,   237 Valley Road,    Canonsburg, PA 15317-9524
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                 Warrington, Pa 18976-3400
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +Southern Auto,    6700 N. Andrews Ave., Ste 500,   Ft. Lauderdale, FL 33309-2199
13578417       +Am Std Asst,    100 Cambridge St., Suite 1600,   Boston, MA 02114-2518
13578419       +Cb Accts Inc / UPP univ of PGH,    124 Sw Adams St. Suite 215,   Peoria, IL 61602-2321
13613699       +Char-Houston Sch. Dist./Chartiers Twp.,    c/o PA Municipal Service Co.,
                 336 Delaware Ave., Dept. W-12,   Oakmont, PA 15139-2138
13709510       +Chartiers Twp. Hydrant & Light,    c/o PAMS,   336 Delaware Ave.,   Oakmont, PA 15139-2138
13578420       +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
13578421       +Domestic Relations,    29 West Cherry Ave, Suite 311,   Washington, PA 15301-6807
13657910        ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13937588       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412
13578424       +Nco Fin /99 / Progressive Insurance,    Po Box 15636,   Wilmington, DE 19850-5636
13578425       +Nco Fin/55 / UPMC St. Margaret,   Pob 15270,   Wilmington, DE 19850-5270
13914841        OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 24605,
                 WEST PALM BEACH, FLORIDA 33416-4605
13659018       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,   PO Box 1289,
                 Peoria, IL 61654-1289
13696991        US Department of Education,    PO BOX 16448,   St Paul MN 55116-0448
13578427       +USA,   411 7th Avenue, 5th Floor,   Pittsburgh, PA 15219-1919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13578416       +E-mail/Text: EBNProcessing@afni.com Jul 18 2018 02:24:47     Afni, Inc. / Verizon,
                 Attn: Bankruptcy,   Po Box 3097,   Bloomington, IL 61702-3097
13578418       +E-mail/Text: bankruptcy@tebofinancial.com Jul 18 2018 02:23:54      Atlantic Fin,
                 4801 Dressler Rd. Nw, Suite 194,   Canton, OH 44718-3667
14262034       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 18 2018 02:24:51
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
14254043       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 18 2018 02:24:51
                 Consumer Portfolio Services, Inc.,    P.O. Box 98705,   Phoenix, AZ 85038-0705
13578422       +E-mail/Text: bknotice@ercbpo.com Jul 18 2018 02:24:42     Enhanced Recovery / Dish Network,
                 Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13578423       +E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 02:23:48     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13650884        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2018 02:24:55     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13668050        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:32:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13591136        E-mail/Text: blegal@phfa.org Jul 18 2018 02:24:34     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
13582191       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:24:58     Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13623903        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2018 02:24:03
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
13656615        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2018 02:24:03
                 Quantum3 Group LLC as agent for,    Collins Asset Group,   PO Box 788,
                 Kirkland, WA  98083-0788
13623902        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2018 02:24:03
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
13584335       +E-mail/Text: bankruptcy@tebofinancial.com Jul 18 2018 02:23:54      TEBO FINANCIAL SERVICES,
                 4801 DRESSLER RD. NW,   SUITE 194,   CANTON, OHIO 44718-3667
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association, as Trustee of
cr              Select Portfolio Servicing Inc. as servicing agent
13578426        PA Housing Fin. Agency,   2101 North Front Street
13613698*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-2                User: amaz                  Page 2 of 2                   Date Rcvd: Jul 17, 2018
                                    Form ID: pdf900             Total Noticed: 33

cr           ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:

              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
               First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 andygornall@latouflawfirm.com
              Danielle Boyle-Ebersole    on behalf of Creditor    HSBC Bank USA, National Association, as
               Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              David A. Rice    on behalf of Joint Debtor Tammy J. Minney ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor William H. Minney ricelaw1@verizon.net, lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
               First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor William H. Minney niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Tammy J. Minney niclowlgl@comcast.net
                                                                                               TOTAL: 14